**Electronically Filed
Supreme Court
SCWC-14-0000581
11-AUG-2016
12:43 PM**

SCWC-14-0000581

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

MAPUANA M. MACDONALD; CHELSIE ANN K.K. MORITA;
MIKEL THOMAS K. MORITA; KENDRA C. SHIM,
Petitioners/Plaintiffs-Appellants,

vs.

CARDINAL MAINTENANCE SERVICE, INC.,
a Michigan Corporation; and ARNOLD GOMES,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000581; CIV. NO. 11-1-0642)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellants Mapuana M.
MacDonald, Chelsie Ann K.K. Morita, Mikel Thomas K. Morita, and
Kendra C. Shim's application for writ of certiorari filed on
July 1, 2016, is hereby rejected.

DATED: Honolulu, Hawai'i, August 11, 2016.

Laurent J. Remillard, Jr.          /s/ Mark E. Recktenwald
for petitioners
                                   /s/ Paula A. Nakayama
Jeffrey H.K. Sia
for respondents                    /s/ Sabrina S. McKenna

                                   /s/ Richard W. Pollack

                                   /s/ Michael D. Wilson

